UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.18-20729-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

MICHAEL MORA,
        Reg. #17669-104
        Defendant.          /

**JUDGMENT & COMMITMENT UPON VIOLATION OF SUPERVISED RELEASE**

On November 9, 2021, the defendant, Michael Mora, appeared before the Court for a Supervised Release Violation Hearing. The defendant admitted guilt to all Violation of the Petition and the Court accepted said admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby **_REVOKED._** Pursuant to the Sentencing Reform Act of 1984, it is

**ORDERED and ADUUGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **4 MONTHS** followed by 1-year of supervised release. All previous conditions of supervised release will remain the same. Special conditions of supervised release include the following: 1) The defendant cannot live with his mother 2) The defendant cannot go within 3 blocks of his mother's home and 3) The defendant must stay away from all shopping centers, including Dadeland Mall.

Done and Ordered in Open Court at Miami, Dade County, Florida this 9th day of November 2021 and signed this 10th day of November 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
USPO Norma Martinez-Lopez