UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.18-20729-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
MICHAEL MORA,
    Reg. #17669-104
        Defendant.      /

**JUDGMENT & COMMITMENT UPON**
**VIOLATION OF SUPERVISED RELEASE**

On May 13, 2022, the defendant, Michael Mora, appeared before the Court for a Supervised Release Violation Hearing. The defendant admitted guilt to all Violation of the Petition and the Court accepted said admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby ***REVOKED.*** Pursuant to the Sentencing Reform Act of 1984, it is

**ORDERED and ADUUGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **9 MONTHS.** No further supervision to follow.

Done and Ordered in Open Court at Miami, Dade County, Florida this 13th day of May 2022 and signed this ___ day of May 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
USPO Raymond Gravie